UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SHARINA JONES, Individually, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 4:17-cv-13401 |
| | : |
| CONGDON PROPERTY HOLDING CO, LLC | : |
| A Limited Liability Company | : |
| | : |
| Defendant. | : |

_____

| | |
|---|---|
| /s/ Pete M. Monismith | /s/ David A. Salim |
| PETE M. MONISMITH (P78186) | David A. Salim (P58361) |
| PETE M. MONISMITH, PC | Schmidlin & Salim, P.C. |
| 3945 Forbes Avenue, | Attorneys for Defendants |
| Suite #175 | 5141 Gateway Centre, Suite 100 |
| Pittsburgh, Pennsylvania  15213 | Flint, MI 48507 |
| Telephone:  (724) 610-1881 | (810) 232-5038 |
| Facsimile (412) 258-1309 | dsalim@hsslawyers.com |
| Pete@monismithlaw.com | |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |

## STIPULATED ORDER OF DISMISSAL

At a session of said Court, held in the U.S. District Court for the Eastern District of Michigan,

On:  January 8, 2018

_____
PRESENT:  Honorable Avern Cohn

1

The parties having stipulated to the entry of an Order dismissing, with prejudice, this action, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled case **BE**, and hereby **IS**, **DISMISSED WITH PREJUDICE**, and without costs or attorney fees to any party.

<u>s/Avern Cohn</u>

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Order to Dismiss the Complaint.

| | |
|---|---|
| <u>/s/ Pete M. Monismith</u><br>PETE M. MONISMITH (P78186)<br>PETE M. MONISMITH, PC<br>3945 Forbes Avenue,<br>Suite #175<br>Pittsburgh, Pennsylvania  15213<br>Telephone:  (724) 610-1881<br>Facsimile (412) 258-1309<br>Pete@monismithlaw.com<br>***Attorneys for Plaintiff***<br><br>Dated: January 5, 2018 | <u>/s/ David A. Salim</u><br>David A. Salim (P58361)<br>Schmidlin & Salim, P.C.<br>Attorneys for Defendants<br>5141 Gateway Centre, Suite 100<br>Flint, MI 48507<br>(810) 232-5038<br>dsalim@hsslawyers.com<br><br>***Attorneys for Defendant***<br><br>Dated: January 5, 2018 |